**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| J.P. AND R.P. ON BEHALF OF THEIR DAUGHTER, I.P.[1] | : | |
| VS. | : | C.A. No. 07-0457ML |
| GLOCESTER SCHOOL COMMITTEE; DR. MARIO CIRILLO, SUPERINTENDENT OF SCHOOLS; JOHN MAGNER, DIRECTOR OF SPECIAL EDUCATION; AND DENISE BRIERLEY; ASSISTANT DIRECTOR OF SPECIAL EDUCATION | : | |

**DEFENDANTS' ANSWER**
**TO PLAINTIFFS' AMENDED COMPLAINT**

**Jurisdiction**

1. The allegations in paragraph 1 are such that no responsive pleading is required.

**Parties**

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

**Facts**

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

---

[1]Pursuant to the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files, the names of the parents and child have been partially redacted.

11. Admitted.

12. Admitted.

13. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state claims upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff has failed to exhaust her administrative remedies.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claim is barred by the statute of limitations.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by estoppel and waiver.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants plead absolute and qualified immunity.

WHEREFORE, Defendants request this Court deny and dismiss Plaintiff's complaint, and enter judgment for Defendants, along with costs and attorneys' fees.

Defendants,
By their Attorney,

/s/ Gregory P. Piccirilli, Esq.
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, Rhode Island 02920
Phone: (401) 946-4900
Fax: (401) 944-3250
gregory@splawri.com

**CERTIFICATION**

I hereby certify that on January 3, 2008, I sent a true copy of the within by electronic filing to the following:

Mary Ann Carroll, Esq.
The Law Offices of Stephen M. Robinson
155 South Main St., Suite 402
Providence, RI 02903
macarroll@smrobinsonlaw.com

/s/ Gregory P. Piccirilli