UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHOSE ISLAND

JP and RP on behalf of
Their daughter RP

Vs CA 07-457ML

Glocester School Committee, et al

DISMISSAL STIPULATION

The above referenced parties agree that this matter may be dismissed with prejudice.

/s/ GREGORY P. PICCIRILLI
____________________________
GREGORY PICCIRILLI, ESQ.
121 Phenix Avenue
Cranston, Rhode Island 02920
(401)-946-4900
Fax (401)-944-3250

/s/ MARY ANN CARROLL
__________________________
MARY ANN CARROLL, ESQ
1665 Hartford Avenue, Suite 31
Johnston, Rhode Island 02919
(401)-383-8455
Fax (401) – 383-8311